TODD M. LEVENTHAL, ESQ
LEVENTHAL AND ASSOCIATES PLLC.
Nevada Bar No. 008543
California Bar No.223577
626 South Third Street
Las Vegas, Nevada 89101
(702) 427-8686
leventhalandassociates@gmail.com
Attorney for Andrei Popescu

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ANDREI POPESCU, ) <br> ) <br> Defendant. ) <br> _____ ) | 2:16-cr-00020-APG-NJK <br><br> STIPULATION TO CONTINUE INITIAL APPEARANCE/ ARRAIGNMENT AND PLEA |

IT IS HEREBY STIPULATED AND AGREED by and between Defendant, ANDREI POPESCU, by and through his counsel, TODD M. LEVENTHAL, ESQ., and the United States of America, by its counsel, KATHRYN C. NEWMAN, Assistant U.S. Attorney, that the Initial Appearance/Arraignment and Plea Hearing in the above-captioned matter currently set for Friday, May 13, 2016 be re-set for at least 30 days.

This Stipulation is entered into for the following reasons

1. On May 9th 2016, Mr. Leventhal was retained by Andrei Popescu to represent him in the above referenced matter.

2. Mr. Leventhal will be out of jurisdiction from May 10-15, 2016, and will not be available to attend the set hearing.

3. Mr. Popescu is currently out of custody and agrees with this request.

4. Mr. Leventhal has spoken to KATHRYN NEWMAN, Assistant United States Attorney, and she has no objection to this continuance.

5. Additionally, denial of this request for a continuance could result in a miscarriage of justice.

6. The additional time requested by this stipulation is excludabel in computing the time within which the trial herein must commence pursuant to the Speed Trial Act, Title 18, United States Code, Section 3161 (h)(7)(A), when considering the factors under Title 18, United States Code, Section 3161 (h)(7)(b) i and 3161 (h)(7)(b)(iv).  In addition, the continuance sought is not for delay and the ends of justice are in fact served by the granting of such a continuance which outweigh the best interest of the public and the defendant in a speedy trial.

DATED this 11th day of May, 2016.

___/s/ Todd M. Leventhal___  
TODD M. LEVENTHAL, ESQ.  
Counsel for Andrei Popescu

___/s/ Kathryn Newman___  
KATHRYN NEWMAN  
Assistant U.S. Attorney

Submitted By: LEVENTHAL & ASSOCIATES, PLLC

By:   ___/s/ Todd M. Leventhal___

TODD M. LEVENTHAL, ESQ.  
Leventhal & Associates, PLLC  
Nevada Bar No.  008543  
California Bar No.  223577  
626 S. 3rd Street  
Las Vegas, Nevada 89101  
T: 702-472-8686  
leventhalandassociates@gmail.com  
Attorney for: Andrei Popescu

TODD M. LEVENTHAL, ESQ
LEVENTHAL AND ASSOCIATES PLLC.
Nevada Bar No. 008543
California Bar No.223577
626 South Third Street
Las Vegas, Nevada 89101
(702) 427-8686
leventhalandassociates@gmail.com
Attorney for Andrei Popescu

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) 2:16-cr-00020-APG-NJK |
| vs. | ) |
| ANDREI POPESCU, | ) |
| Defendant. | ) |

FINDINGS OF FACT

Based on the stipulation of counsel, and good cause appearing, the Court finds that:

1. On May 9th 2016, Mr. Leventhal was retained by Andrei Popescu to represent him in the above referenced matter.

2. Mr. Leventhal will be out of jurisdiction from May 10-15, 2016, and will not be available to attend the set hearing.

3. Mr. Popescu is currently out of custody and agrees with this request.

4. Mr. Leventhal has spoken to KATHRYN NEWMAN, Assistant United States Attorney, and she has no objection to this continuance.

5. Additionally, denial of this request for a continuance could result in a miscarriage of justice.

6. The additional time requested by this stipulation is excludabel in computing the time

within which the trial herein must commence pursuant to the Speed Trial Act, Title 18, United States Code, Section 3161 (h)(7)(A), when considering the factors under Title 18, United States Code, Section 3161 (h)(7)(b) i and 3161 (h)(7)(b)(iv).  In addition, the continuance sought is not for delay and the ends of justice are in fact served by the granting of such a continuance which outweigh the best interest of the public and the defendant in a speedy trial.

## CONCLUSIONS OF LAW

The ends of justice served by granting said continuance outweigh the best interest of the public and the Defendants in a speedy trial, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for trial, taking into account the exercise of due diligence.

The continuance sought herein is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A) considering the factors under Title 18, United States Code, Sections 3161(h)(7)(B)(i) and (ii).

## ORDER

Accordingly, IT IS SO ORDERED that the current Arraignment/ Plea Hearing is vacated and the same is continued and reset for __June 10__, 2016, at the hour of __3:00 p.m.__, in Courtroom # __3C__.

Dated this 12th day of May, 2016.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE