TODD M. LEVENTHAL, ESQ
LEVENTHAL AND ASSOCIATES PLLC.
Nevada Bar No. 008543
California Bar No.223577
626 South Third Street
Las Vegas, Nevada 89101
(702) 427-8686
leventhalandassociates@gmail.com
*Attorney for Andrei Popescu*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) 2:16-cr-00020-APG-NJK |
| vs. | ) |
| ANDREI POPESCU, | ) |
| Defendant. | ) |

## FINDINGS OF FACT

Based on the stipulation of counsel, and good cause appearing, the Court finds that:

1. On May 9th 2016, Mr. Leventhal was retained by Andrei Popescu to represent him in the above referenced matter.

2. Mr. Leventhal has a personal matter to attend to and will not be available.

3. Mr. Popescu is currently out of custody and agrees with this request.

4. Mr. Leventhal has spoken to KATHRYN NEWMAN, Assistant United States Attorney, and she has no objection to this continuance.

5. Additionally, denial of this request for a continuance could result in a miscarriage of justice.

6. The additional time requested by this stipulation is excludabel in computing the time within which the trial herein must commence pursuant to the Speed Trial Act, Title 18, United

States Code, Section 3161 (h)(7)(A), when considering the factors under Title 18, United States Code, Section 3161 (h)(7)(b) i and 3161 (h)(7)(b)(iv). In addition, the continuance sought is not for delay and the ends of justice are in fact served by the granting of such a continuance which outweigh the best interest of the public and the defendant in a speedy trial.

## CONCLUSIONS OF LAW

The ends of justice served by granting said continuance outweigh the best interest of the public and the Defendants in a speedy trial, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for trial, taking into account the exercise of due diligence.

The continuance sought herein is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A) considering the factors under Title 18, United States Code, Sections 3161(h)(7)(B)(i) and (ii).

## ORDER

Accordingly, IT IS SO ORDERED that the current Initial Appearance/Arraignment and Plea hearing is vacated and the same is continued and reset for __June 28__, 2016, at the hour of __3:00 p.m.__, in Courtroom # __3D__.

*Preferably Monday-Thursday.

Dated this __8th__ day of June, 2016.

_____
United States Magistrate Judge