**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:16-cr-00020-APG-NJK |
| Plaintiff(s), | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| ANDREI POPESCU, | ) | |
| Defendant(s). | ) | |
| | ) | |

Pending before the Court is a stipulation for a protective order. *See* Docket No. 17.  The Court hereby **SETS** a hearing on the stipulation for 2:00 p.m. on July 8, 2016, in Courtroom 3C.

IT IS SO ORDERED.

DATED: July 6, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge