TODD M. LEVENTHAL, ESQ
Leventhal and Associates, PLLC
Nevada Bar No. 8543
California Bar No. 223577
626 South Third Street
Las Vegas, Nevada 89101
PHONE: (702) 472-8686
leventhalandassociates@gmail.com
**Attorney for Andrei Popescu**

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | Case no.: 2:16-cr-00020-APG-NJK-1 |
| Plaintiff, | |
| vs. | **STIPULATION TO CONTINUE** |
| ANDREI POPESCU, | **SENTENCING** |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by and between Defendant, ANDREI POPESCU by and through his counsel, TODD M. LEVENTHAL, ESQ., and the United States of America, by its counsel, NICHOLAS D. DICKINSON, Assistant U.S. Attorney, that the Sentencing in the above-captioned matter currently set for Thursday, October 25, 2018 at 3:00 P.M. be re-set for at least 30 days at the courts convenience.

This Stipulation is entered into for the following reasons

1. Attorney for Defendant, Todd M. Leventhal will be out of the country the days of October 25, 2018 ó October 29, 2018.

2. Todd M. Leventhal, Attorney for Defendant has spoken to NICHOLAS D. DICKINSON, Assistant United States Attorney, and he is not opposed to a continuance.

3. Defendant ANDREI POPESCU is currently out of custody and agrees with this request.

4. Additionally, denial of this request for a continuance could result in a miscarriage of justice.

DATED this 25th day of September, 2018

| _/s/ Todd M. Leventhal_ | _/s/ Nicholas D. Dickinson_ |
|---|---|
| TODD M. LEVENTHAL, ESQ. | NICHOLAS D. DICKINSON |
| Counsel for Andrei Popescu | Assistant U.S. Attorney |

Submitted By: LEVENTHAL AND ASSOCIATES, PLLC.

By: _/s/ Todd M. Leventhal_
TODD M. LEVENTHAL, ESQ.
Leventhal & Associates, PLLC.
Nevada Bar No.   008543
California Bar No.   223577
626 S. 3rd Street
 Las Vegas NV 89101
T: (702) 472-8686
leventhalandassociates@gmail.com
Attorney for: Andrei Popescu

TODD M. LEVENTHAL, ESQ
Leventhal and Associates, PLLC
Nevada Bar No. 8543
California Bar No. 223577
626 South Third Street
Las Vegas, Nevada  89101
PHONE: (702) 472-8686
leventhalandassociates@gmail.com
**Attorney for Andrei Popescu**

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANDREI POPESCU,<br><br>Defendant. | Case no.: 2:16-cr-00020-APG-NJK-1<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING** |

**FINDINGS OF FACT**

Based on the Stipulation of counsel, and good cause appearing, the Court finds that:

1. Attorney for Defendant, Todd M. Leventhal will be out of the country the days of October 25, 2018 ó October 29, 2018.

2. Todd M. Leventhal, Attorney for Defendant has spoken to NICHOLAS D. DICKINSON, Assistant United States Attorney, and he is not opposed to a continuance.

3. Defendant ANDREI POPESCU is currently out of custody and agrees with this request.

4. Additionally, denial of this request for a continuance could result in a miscarriage of justice.

# ORDER

Accordingly, IT IS SO ORDERED that the current Sentencing hearing is vacated and the same is continued and reset for November 27, 2018, at the hour of 10:00 a.m., in Courtroom # 6C.

Dated this 26th day of September, 2018.

_____
UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

I hereby certify that on the 25TH day of September, 2018 a true and correct copy of the, **STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING** was filed through the CM/ECF filing system and was electronically served to the following registered addresses on file for this instant case :

Nicholas D Dickinson: nicholas.dickinson@usdoj.gov, CaseView.ECF@usdoj.gov, USANV.team2@usdoj.gov, veronica.criste@usdoj.gov

/s/ Todd M. Leventhal
TODD M. LEVENTHAL, ESQ.
LEVENTHAL & ASSOCIATES, PLLC.