**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| United States of America, | Case No.: 2:16-cr-020-APG-NJK |
| Plaintiff, | **ORDER RELEASING PASSPORT** |
| v. | [ECF No. 56] |
| Andrei Popescu, | |
| Defendant. | |

IT IS HEREBY ORDERED that the defendant's motion for return of passport **(ECF No. 56) is GRANTED**. Pretrial Services shall release the defendant's passport to either the defendant or his lawyer Todd M. Leventhal, Esq.

Dated: April 10, 2019.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE